## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA
## COURT FILE NO.: 0:14-CV-03175-PAM-JJK

| | |
|---|---|
| Brittany M. Mischel,<br><br>        Plaintiff,<br><br>v.<br><br>CAB Asset Management, LLC,<br><br>        Defendant. | **APPLICATION FOR ENTRY OF DEFAULT AGAINST DEFENDANT CAB ASSET MANAGEMENT, LLC** |

TO:   **THE CLERK OF COURT**

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, Plaintiff Brittany M. Mischel requests that you enter default for failure to appear, answer, plead or otherwise defend this action, as further detailed in the affidavit annexed hereto, against Defendant CAB Asset Management, LLC.

Respectfully submitted,

**BARRY & HELWIG, LLC**

Dated: September 18, 2014

By:  s/ Patrick J. Helwig
Patrick J. Helwig, Esq.
Attorney I.D. # 0391787
2701 University Ave. SE, Suite 209
Minneapolis, Minnesota 55414-3236
Telephone:  (612) 379-8800
Facsimile: (612) 379-8810
phelwig@lawpoint.com

**Attorney for Plaintiff**