**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**COURT FILE NO.: 0:14-CV-03175-PAM-JJK**

| | |
|---|---|
| Brittany M. Mischel,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>CAB Asset Management, LLC,<br><br>　　　　　Defendant. | **AFFIDAVIT OF NO ANSWER**<br>**AS TO DEFENDANT**<br>**CAB ASSET MANAGEMENT, LLC** |

STATE OF MINNESOTA　)
　　　　　　　　　　　　　) ss.
COUNTY OF HENNEPIN　)

Patrick J. Helwig, being first duly sworn and upon oath, state as follows:

1.　　　I am the attorney for Plaintiff in the above-entitled action.

2.　　　The original Complaint in this matter was filed with this Court on August 15, 2014.

3.　　　The original Summons in this matter was issued by the office of the Clerk of Court on August 15, 2014.

4.　　　The Summons and Complaint in this action were duly served upon Defendant CAB Asset Management, LLC on August 18, 2014.

5.　　　The Executed Summons and Affidavit of Service were filed with this Court on September 18, 2014, as Docket No. 5.

6.　　　The time allowed by law to answer the Complaint, as specified in Plaintiff's Summons, was twenty (21) days from the date of service.

7.　　　The time for Defendant to Answer the Complaint in this action has elapsed.

8.      No Answer has been filed with the court, received by, or served upon the Plaintiff or

Plaintiff's attorney in this matter.

9.      Defendant CAB Asset Management, LLC has failed to plead or otherwise defend

this action.


Pursuant to 28 U.S.C. § 1746:

**I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.**

**EXECUTED ON:**


                                                              **BARRY & HELWIG, LLC**

Dated: September 18, 2014           By:  s/ Patrick J. Helwig
                                                Patrick J. Helwig, Esq.
                                              Attorney I.D. # 0391787
                                              2701 University Ave. SE, Suite 209
                                              Minneapolis, Minnesota 55414-3236
                                              Telephone:  (612) 379-8800
                                              Facsimile: (612) 379-8810
                                              phelwig@lawpoint.com

                                              **Attorney for Plaintiff**