## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Brittany M. Mischel,               Civil No. 14cv03175 PAM/BRT

           Plaintiff,

v.                              **ORDER**

CAB Asset Management, LLC,

           Defendant.

_____

The Federal Rules of Civil Procedure require an answer to be filed within 20 days after service of process.   The Court does not permit counsel, by agreement, to extend this time, although an initial motion for extension of time will be liberally considered by the Court in the absence of an objection by opposing counsel.

Accordingly, plaintiff's counsel is directed to:

1. Notify defense counsel immediately that he/she is required to answer or move for an extension of time to do so;

2. File a motion for default unless the required pleading is filed within 10 days; or

3. Advise the Court in writing of any good cause to the contrary.

Unless plaintiff's counsel complies with this order within 20 days of this date, this case will be dismissed for lack of prosecution.

Dated:   January 9, 2015      *s/ Paul A. Magnuson*
                                 PAUL A. MAGNUSON
                                 United States District Judge