# BARRY & HELWIG, LLC
## CONSUMER RIGHTS LAWYERS

Peter F. Barry
pbarry@lawpoint.com

Patrick J. Helwig
phelwig@lawpoint.com

January 28, 2015

<u>VIA CM/ECF</u>

The Honorable Paul A. Magnuson
U.S. District Judge, District of Minnesota
United States District Court
734 Federal Building
316 N. Robert Street
St. Paul, MN 55101

STATUS REPORT
LETTER TO COURT IN
RESPONSE TO COURT
ORDER AT DOC. NO. 10

RE:  *Brittany M. Mischel v. CAB Asset Management, LLC*
     Court File No. 14-cv-03175 PAM/BRT

Dear Honorable Judge Magnuson:

Plaintiff submits this letter pursuant to Your Honor's Order in this case at Docket Number 10, and to advise the Court of the status of this case and the events that have transpired, which have prevented the resolution of this matter.

Plaintiff filed this case on August 15, 2014. On August 26, 2014, an individual claiming to be the Chief Compliance Officer for Defendant CAB Asset Management emailed Plaintiff's counsel in an effort to resolve this matter. After several emails back and forth, the parties agreed to terms of a settlement on September 15, 2014. However, two days later, on September 17, 2014, Defendant backed out of that arrangement and never filed an Answer in this case. As such, Plaintiff asked the Clerk to enter Default against Defendant CAB Asset Management.

Since the Default was entered, Plaintiff's counsel has been thoroughly researching Defendant and the issues presented in this case. Plaintiff's counsel has discussed this matter with the Maryland State Collection Agency Licensing Board, as well as a plaintiff in another case who faced the same issues against this very Defendant.

Based on the research of Plaintiff's counsel, it appears that other parties were involved in the illegal actions that gave rise to the allegations in the Complaint. For this reason, Plaintiff has not moved forward with a default judgment motion against Defendant CAB Asset Management, and believes that other parties need to be added to this case as Defendants in order to find proper resolution. Plaintiff intends to promptly file an amended complaint to add those necessary parties, and will attempt to have those parties served immediately so that this case can move forward.

2701 University Ave SE
Suite 209
Minneapolis, Minnesota 55414

LAWPOINT.COM

Office (612) 379-8800
Facsimile (612) 379-8810
Toll Free (866) 714-8800

Based on the above, Plaintiff believes there is good cause to allow this case to move forward. Plaintiff trusts that bringing the other responsible Defendants into this action will be helpful in resolving this case. Accordingly, Plaintiff respectfully requests that the Court allow this action to continue. Thank you, Your Honor, for the Court's kind consideration.

Respectfully,

**BARRY & HELWIG, LLC**

*Patrick Helwig*
Patrick J. Helwig
Attorney at Law