# UNITED STATES DISTRICT COURT
for the
District of Minnesota

Brittany M. Mischel,

                                  *Plaintiff,*

v.                                         Case No. 0:14–cv–03175–PAM–BRT

CAB Asset Management, LLC, et al.,

                                  *Defendant.*

## SUMMONS IN A CIVIL ACTION

To: CAB Asset Management, LLC

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        Patrick J Helwig
        2701 University Avenue SE
        Suite 209
        Minneapolis, MN
        55414

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

RICHARD D. SLETTEN, CLERK OF COURT      By:



Signature of Clerk or Deputy Clerk

Lynnette Brennan

Date of Issuance:  January 28, 2015

# Summons and Complaint Return of Service

Case No. 0:14–cv–03175–PAM–BRT

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Defendant Served:          CAB Asset Management, LLC

Date of Service: _____

## Method of Service

____ Personally served at this address:
_____
_____
_____

____ Left copies at defendant's usual place of abode with (name of person):
_____
_____
_____

____ Other (specify):
_____
_____
_____

____ Returned unexecuted (reason):
_____
_____
_____

**Service Fees:**    Travel $_____    Service $_____    Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server: _____

Signature of Server: _____

Date: _____

Server's Address: _____
_____
_____

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

Brittany M. Mischel,

            *Plaintiff,*

v.                           Case No. 0:14–cv–03175–PAM–BRT

CAB Asset Management, LLC, et al.,

            *Defendant.*

## SUMMONS IN A CIVIL ACTION

To:  Everest Receivable Services, Inc.

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        Patrick J Helwig
        2701 University Avenue SE
        Suite 209
        Minneapolis, MN
        55414

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*RICHARD D. SLETTEN, CLERK OF COURT*    By:



Signature of Clerk or Deputy Clerk
Lynnette Brennan

Date of Issuance:  January 28, 2015

AO 440 (Rev. 02/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 0:14–cv–03175–PAM–BRT

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Defendant Served:   Everest Receivable Services, Inc.

Date of Service:

## Method of Service

____ Personally served at this address:

____ Left copies at defendant's usual place of abode with (name of person):

____ Other (specify):

____ Returned unexecuted (reason):

**Service Fees:**   Travel $_____   Service $_____   Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:

Signature of Server:

Date:

Server's Address:

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

Brittany M. Mischel,

          *Plaintiff,*

v.                                                  Case No. 0:14–cv–03175–PAM–BRT

CAB Asset Management, LLC, et al.,

          *Defendant.*

## SUMMONS IN A CIVIL ACTION

To:   Multisource International, LLC

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        Patrick J Helwig
        2701 University Avenue SE
        Suite 209
        Minneapolis, MN
        55414

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*RICHARD D. SLETTEN, CLERK OF COURT*     By:



Signature of Clerk or Deputy Clerk
Lynnette Brennan

Date of Issuance:   January 28, 2015

# Summons and Complaint Return of Service

Case No. 0:14–cv–03175–PAM–BRT

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Defendant Served:        Multisource International, LLC

Date of Service:

## Method of Service

____ Personally served at this address:

____ Left copies at defendant's usual place of abode with (name of person):

____ Other (specify):

____ Returned unexecuted (reason):

**Service Fees:**    Travel $_____    Service $_____    Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:

Signature of Server:

Date:

Server's Address:

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

Brittany M. Mischel,

                             *Plaintiff,*

v.                                                   Case No. 0:14–cv–03175–PAM–BRT

CAB Asset Management, LLC, et al.,

                             *Defendant.*

## SUMMONS IN A CIVIL ACTION

To: Diverse Funding Associates, LLC

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        Patrick J Helwig
        2701 University Avenue SE
        Suite 209
        Minneapolis, MN
        55414

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*RICHARD D. SLETTEN, CLERK OF COURT*     By:



Signature of Clerk or Deputy Clerk
Lynnette Brennan

Date of Issuance: January 28, 2015

AO 440 (Rev. 02/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 0:14–cv–03175–PAM–BRT

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Defendant Served: Diverse Funding Associates, LLC

Date of Service:

## Method of Service

____ Personally served at this address:

____ Left copies at defendant's usual place of abode with (name of person):

____ Other (specify):

____ Returned unexecuted (reason):

**Service Fees:** Travel $_____ Service $_____ Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:

Signature of Server:

Date:

Server's Address:

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

Brittany M. Mischel,

                      *Plaintiff,*

v.                                                                    Case No. 0:14–cv–03175–PAM–BRT

CAB Asset Management, LLC, et al.,

                      *Defendant.*

## SUMMONS IN A CIVIL ACTION

To: C&E Acquisition Group, LLC

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        Patrick J Helwig
        2701 University Avenue SE
        Suite 209
        Minneapolis, MN
        55414

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*RICHARD D. SLETTEN, CLERK OF COURT*        By:



Signature of Clerk or Deputy Clerk
Lynnette Brennan

Date of Issuance:  January 28, 2015

AO 440 (Rev. 02/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 0:14–cv–03175–PAM–BRT

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Defendant Served:     C&E Acquisition Group, LLC

Date of Service:

## Method of Service

_____ Personally served at this address:

_____ Left copies at defendant's usual place of abode with (name of person):

_____ Other (specify):

_____ Returned unexecuted (reason):

**Service Fees:**   Travel $_____    Service $_____    Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:

Signature of Server:

Date:

Server's Address:

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

Brittany M. Mischel,

        *Plaintiff,*

v.        Case No. 0:14–cv–03175–PAM–BRT

CAB Asset Management, LLC, et al.,

        *Defendant.*

## SUMMONS IN A CIVIL ACTION

To:  David J Maczka

      A lawsuit has been filed against you.

      Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

      Patrick J Helwig
      2701 University Avenue SE
      Suite 209
      Minneapolis, MN
      55414

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*RICHARD D. SLETTEN, CLERK OF COURT*    By:



Signature of Clerk or Deputy Clerk
Lynnette Brennan

Date of Issuance:  January 28, 2015

AO 440 (Rev. 02/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 0:14–cv–03175–PAM–BRT

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Defendant Served: David J Maczka

Date of Service:

## Method of Service

_____ Personally served at this address:

_____ Left copies at defendant's usual place of abode with (name of person):

_____ Other (specify):

_____ Returned unexecuted (reason):

**Service Fees:** Travel $_____ Service $_____ Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:

Signature of Server:

Date:

Server's Address: