# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Brittany M. Mischel,<br><br>              Plaintiff,<br><br>v.<br><br>CAB Asset Management, LLC, Everest Receivable Services, Inc., Multisource International, LLC, Diverse Funding Associates, LLC, C&E Acquisition Group, LLC and David J. Maczka,<br><br>              Defendants. | Civil No. 14-cv-03175 PAM/BRT<br><br><br>**ORDER FOR DISMISSAL WITH PREJUDICE** |

Pursuant to the Notice of Voluntary Dismissal with Prejudice filed by the Plaintiff [Doc. No. 14], **IT IS HEREBY ORDERED** that the Complaint against Defendants shall be and hereby is dismissed with prejudice without costs, disbursements, or attorney's fees to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  March 27, 2015

                                        *s/ Paul A. Magnuson*
                                        PAUL A. MAGNUSON
                                        United States District Judge