# UNITED STATES DISTRICT COURT
## District of Minnesota

Brittany M. Mischel

Plaintiff,

v.

CAB Asset Management, LLC, Everest Receivable Services, Inc., Multisource International, LLC, Diverse Funding Associates, LLC, C&E Acquisition Group, LLC and David J. Maczka

Defendant(s).

**JUDGMENT IN A CIVIL CASE**

Case Number:  14-cv-03175 PAM/BRT

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

the Complaint against Defendants shall be and hereby is dismissed with prejudice without costs, disbursements, or attorney's fees to any party.

Date: March 30, 2015

RICHARD D. SLETTEN, CLERK

s/L. Brennan

(By)   L. Brennan, Deputy Clerk